IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEMETRIUS L. WILLIAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-2285

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 8, 2014.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Michael R. Rollo, Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

VAN NORTWICK, RAY, AND OSTERHAUS, JJ., CONCUR.